UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Gregory Curtis, Joni Kay Hanzal,
Josephine Leonard, Randy Hoskins,
individually and on behalf of all
others similarly situated,

     Plaintiffs,

 vs.            ORDER ADOPTING
              REPORT AND RECOMMENDATION

Altria Group, Inc., and Philip
Morris USA, Inc.,

     Defendants.     Civ. No. 05-2231 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

  1. That the Plaintiffs' informal Motion to Remand [Docket No. 54] is granted.

  2. That the Clerk of Court is directed to remand this action to the Minnesota District Court for Hennepin County, from which it was removed.


Dated: October 17, 2007         s/Patrick J. Schiltz
                  Patrick J. Schiltz
                  United States District Judge